# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

August 28, 2024

**Via ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

      Re:    *Carrion v. City of New York, et. al.*, 1:24-cv-3805

Your Honor,

This office represents Plaintiff Gary Carrion in the above-captioned matter and writes, with the consent of counsel for Defendants, ACC Anumeha Tanya, to respectfully request a brief 15-day extension of time to serve Defendant Brianna Forman, who is retired from the NYPD. Pursuant to the Court's July 1, 2024 order, service on the officer is due today, August 28, 2024.

On August 22, 2024, ACC Tanya informed my office that Officer Forman has consented to service at One Police Plaza. On August 23, I requested a summons from the Clerk of the Court (Doc. 20), which was returned for correction on August 26. A second proposed summons was uploaded shortly thereafter (Doc. 21), but was again returned for correction. After speaking to the clerk by phone today to ensure the new summons was correct, my office uploaded a third proposed summons (Doc. 23), which has not yet been signed by the clerk.

For this reason, Plaintiff respectfully requests **an additional fifteen (15) days from issuance of the signed summons to effectuate service on Officer Forman at One Police Plaza**. Defendants consent to this request, without waiving any affirmative defenses related to service. All other defendants have been served as of Monday, August 26, 2024.

We thank the Court for its consideration of this request.

Sincerely,

Stephanie Panousieris