UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GARY CARRION,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.

                Defendants.

Case No.: 1:24-cv-3805

## AFFIDAVIT OF SERVICE

State of New York  )
                           )
County of New York )

The undersigned being duly sworn, deposes and says:

1. I, Leslie Umanzor, am not a party to the action, and am over 18 years of age;

2. On August 26, 2024, I served the within Summonses and Complaint (Doc. 1) on Defendant Diaz, by hand-delivering the same to One Police Plaza, Room 110A, New York, NY 10038, where, pursuant to Fed. R. Civ. P. 4(e)(2)(C), Defendant Diaz authorized service to be accepted on his behalf.

_____
Leslie Umanzor

Sworn to before me this 29
day of Aug, 2024.

_____
Notary Public

SARA J WOLKENSDORFER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WO0000151
Qualified in Kings County
Commission Expires 02/02/2027