Case Name: Carrion et al. v. City of New York et al.    Case Number: 1:24 CV - 03805 (NRM) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x | | 06/16/2025 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 08/08/2025 |
| 3. Requested: | | | |
|    a. Medical records authorization | x | | |
|    b. CPL § 160.50 releases for arrest records | x | | |
|    c. Identification of John Doe/Jane Doe defendants | | x | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | x | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | x | | Order Entered 4/3/2025 (Dkt. 42) |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | x | | Vines 12/09/2024<br>Carrion 12/11/2024 |
| 2. Defendant to make settlement offer | x | | 03/10/2025 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | x | |
| 4. Settlement Conference (proposed date) | | Not at this time | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 09/09/2025 |
| 2. Motion to amend pleadings | | | 09/09/2025 |
| 3. Initial documents requests and interrogatories | | | 09/05/2025 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 01/12/2026 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 01/20/2026 |

Rev. 06-28-2021

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 6. Expert discovery (only if needed) | | | | Check here if not applicable ☒ |
| Plaintiff expert proposed field(s) of expertise: | | | | |
| Defendant expert proposed field(s) of expertise: | | | | |
| a. Affirmative expert reports due | | | X | |
| b. Rebuttal expert reports due | | | X | |
| c. Depositions of experts to be completed | | | X | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | X | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | | | 02/11/2026 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | X | 02/11/2026 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

1. All parties consent to Magistrate Judge jurisdiction for dispositive motions?  ☐ Yes  ☒ No
2. All parties consent to Magistrate Judge jurisdiction for trial?  ☐ Yes  ☒ No

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Marcia M. Henry*
**MARCIA M. HENRY**
United States Magistrate Judge

July 28, 2025
Date

Rev. 06-28-2021