

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARY JANE ANDERSON**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 356-2415<br>Fax: (212) 356-3509 |

December 19, 2025

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Gary Carrion, et al. v. City of New York, et al.</u>, 24-CV-3805 (MMH)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to handle the defense of the above-referenced matter. I write in response to plaintiff's December 8, 2025 motion to compel. (ECF No. 48).

  Defendants apologize for not serving their responses to plaintiff's document requests and interrogatories on the date that the parties had originally agreed to. The undersigned was out of the office on sick leave on the stipulated to deadline of November 24, 2025, and has now provided plaintiff with the defendants responses. Therefore, defendants respectfully request that the Court deny plaintiff's motion to compel as moot.

  As to plaintiff's request that the Court Order the parties to schedule depositions within the next thirty days, defendants have no objection to scheduling those depositions within the next thirty days.

  Defendants thank the Court for its time and consideration herein.

                Respectfully submitted,

                *Mary Jane Anderson*   /s/
                Mary Jane Anderson
                Assistant Corporation Counsel
                Special Federal Litigation Division

Cc: *Counsel of Record* **(BY ECF)**

Case 1:24-cv-03805-NRM-MMH Document 50 Filed 12/19/25 Page 2 of 2 PageID #: 264