

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MARY JANE ANDERSON**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509

January 15, 2026

**BY ECF**
Honorable Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Gary Carrion, et al. v. City of New York, et al.</u>, 24-CV-3805 (MMH)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to handle the defense of the above-referenced matter. I write in response to plaintiffs' January 8, 2026 motion to compel. (ECF No. 51).

  The undersigned was unexpectedly out of the office for four days last week due to illness. Plaintiff was unaware of this when the motion to compel was filed. The parties have since agreed to discuss the deficiencies plaintiffs highlighted in their motion to compel, along with the scheduling of depositions in this matter and plan to have a substantive meet and confer on plaintiff's deficiency letter on January 20, 2025. To the extent that plaintiff seeks to compel the production of certain documents, such as force documentation regarding the incident and memobook entries, defendants agree to supplement their responses to plaintiff's documents requests and interrogatories. Thus, defendants have no substantive objection to the motion to compel as it relates to appropriately supplementing defendants responses and objections to plaintiff's document requests and interrogatories.

  Furthermore, defendants have no objection to plaintiffs' request for an extension of time to complete fact discovery and would also respectfully request that the fact discovery deadline be extended to the same.

- 2 -

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

*Mary Jane Anderson*          /s/
Mary Jane Anderson
Assistant Corporation Counsel
Special Federal Litigation Division

Cc: *Counsel of Record* **(BY ECF)**